

March 12, 2021

**<u>Via E-File</u>**
Judge David Jones
515 Rusk, Courtroom 400
Houston, Texas 77002

    RE:    *Adversary Proceeding No. 4:21-03035*

Judge Jones,

    See attached to this filing the proof of service of process for Defendants Brendan Flaherty, BMF Properties, LLC; Warrior Golf, LLC; Wholesale Golf Supply & Services, Inc.; Dot Com Asset Management, Ltd.; Warrior Custom Storage & RV, LP; Riverbound Storage Management, LLC; Cimarron Food and Beverage, Inc.; Wolf Creek Food and Beverage, LLC; Warrior Tenneessee Food and Beverage, LLC; Dwight Beckstrand; Reed A. Cooley; and ColeyDocter, Inc, which we received from Brian Denmon, a licensed process server.

                                           Best,
                                           Cliff Walston

Enclosures