# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>**WESTWIND MANOR RESORT**<br>**ASSOCIATION, INC.,** *et al.*<br>    Debtors. | §<br>§<br>§<br>§<br>§ | **Case No. 19-50026 (DRJ)**<br>    **(Chapter 11)**<br>**Jointly Administered** |

| | | |
|---|---|---|
| **FORCE 10 AGENCY SERVICES LLC,**<br>**TRUSTEE OF THE CREDITOR TRUST**<br><br>    *Plaintiff,*<br><br>VS.<br><br>**BRENDAN M. FLAHERTY**<br>**BMF PROPERTIES, LLC;**<br>**WARRIOR GOLF, LLC;**<br>**WHOLESALE GOLF SUPPLY &**<br>**SERVICES, INC.;**<br>**DOT COM ASSET MANAGEMENT, LTD.;**<br>**WARRIOR CUSTOM STORAGE & RV, LP,**<br>**RIVERBOUND STORAGE**<br>**MANAGEMENT, LLC**<br>**CIMARRON FOOD AND BEVERAGE, INC.;**<br>**WOLF CREEK FOOD AND**<br>**BEVERAGE, LLC;**<br>**WARRIOR TENNESSEE FOOD AND**<br>**BEVERAGE, LLC;**<br>**DWIGHT BECKSTRAND**<br>**(D/B/A BECKSTRAND LAW OFFICES);**<br>**REED A. COLEY; AND**<br>**COLEYDOCTER, INC.**<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **ADV. P. NO. 21-03035** |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:                **United States Bankruptcy Court**
                                     **Of Southern District of Texas – Houston Division**
                                     **515 Rusk St.**
                                     **Houston, Texas 77002**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

<div style="margin-left: 3em;">

Name and Address of Plaintiff's Attorney:  **CLIFFORD WALSTON**
**WALSTON BOWLIN, LLP**
**4299 San Felipe Street, Suite 300**
**Houston, Texas 77027**

</div>

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: March 10, 2021

*s/ H. Lerma*
*Signature of Clerk or Deputy Clerk*

## CERTIFICATE OF SERVICE

I, <u>Brian Denmon</u> (name), certify that service of this summons and a copy of the complaint was made

_____ <u>March 10, 2021</u> _____ (date) by:


X Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> **Wholesale Golf Supply & Services, Inc.**
> **Matthew A. Lesnick**
> **LESNICK PRINCE & PAPPAS LLP**
> **315 W. Ninth St., Suite 705**
> **Los Angeles, CA 90015**

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult at:


☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


☐ Publication: The defendant was served as follows: [Describe briefly]


☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

   If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

   Under penalty of perjury, I declare that the foregoing is true and correct.


Date <u>3/10/2021</u>     Signature     _____

          Print Name:          <u>Brian Denmon</u>

          Business Address:     <u>4299 San Felipe, Suite 350</u>

                                <u>Houston, Texas</u>