

ENTERED
07/12/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | Case No. 19-50026(DRJ) |
| **WESTWIND MANOR RESORT** § | **(Chapter 11)** |
| **ASSOCIATION, INC.,** *et al.* § | Jointly Administered |
| Debtors. § | |

---

| | | |
|---|---|---|
| **FORCE 10 AGENCY SERVICES LLC,** § | |
| **TRUSTEE OF THE CREDITOR TRUST** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | **ADV. P. NO. 21-03035** |
| § | |
| **BRENDAN M. FLAHERTY** § | |
| **BMF PROPERTIES, LLC;** § | |
| **WARRIOR GOLF, LLC;** § | |
| **WHOLESALE GOLF SUPPLY &** § | |
| **SERVICES, INC.;** § | |
| **DOT COM ASSET MANAGEMENT, LTD.;** § | |
| **WARRIOR CUSTOM STORAGE & RV, LP,** § | |
| **RIVERBOUND STORAGE** § | |
| **MANAGEMENT, LLC** § | |
| **CIMARRON FOOD AND BEVERAGE, INC.;** § | |
| **WOLF CREEK FOOD AND** § | |
| **BEVERAGE, LLC;** § | |
| **WARRIOR TENNESSEE FOOD AND** § | |
| **BEVERAGE, LLC;** § | |
| **DWIGHT BECKSTRAND** § | |
| **(D/B/A BECKSTRAND LAW OFFICES);** § | |
| **REED A. COLEY; AND** § | |
| **COLEYDOCTER, INC.** § | |
| § | |
| *Defendants.* § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
(Docket No. 10)

The Court, having considered Coley Defendant's Unopposed Motion to Extend Answer Date, and having noted that such motion is unopposed, is of the opinion that the motion should be granted.

IT IS, ACCORDINGLY, ORDERED that the time allowed for an answer to the Complaint for Defendants Reed A. Coley and ColeyDocter, Inc. is extended to April 26, 2021.

**Signed:  July 12, 2021.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE