United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 06, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| WESTWIND MANOR RESORT | § | Case No. 19-50026 (DRJ) |
| ASSOCIATION, INC., *et al.* | § | (Chapter 11) |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| FORCE 10 AGENCY SERVICES LLC, | § | |
| TRUSTEE OF THE CREDITOR TRUST | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | ADV. P. NO. 21-03035 |
| | § | |
| BRENDAN M. FLAHERTY | § | |
| BMF PROPERTIES, LLC; | § | |
| WARRIOR GOLF, LLC; | § | |
| WHOLESALE GOLF SUPPLY & | § | |
| SERVICES, INC.; | § | |
| DOT COM ASSET MANAGEMENT, LTD.; | § | |
| WARRIOR CUSTOM STORAGE & RV, LP, | § | |
| RIVERBOUND STORAGE | § | |
| MANAGEMENT, LLC | § | |
| CIMARRON FOOD AND BEVERAGE, INC.; | § | |
| WOLF CREEK FOOD AND | § | |
| BEVERAGE, LLC; | § | |
| WARRIOR TENNESSEE FOOD AND | § | |
| BEVERAGE, LLC; | § | |
| DWIGHT BECKSTRAND | § | |
| (D/B/A BECKSTRAND LAW OFFICES); | § | |
| REED A. COLEY; AND | § | |
| COLEYDOCTER, INC. | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

(Docket Nos. 19 and 20)

BEFORE THE COURT is Plaintiff Force 10 Agency Services, LLC, Trustee of the Creditor Trust's Motion to Strike the Answers of Defendants BMF Properties, LLC; Warrior Golf, LLC; Wholesale Golf Supply & Services, Inc.; Dot Com Asset Management, Ltd.; and Warrior Custom Storage &

1

RV, LP.  After considering the Motion, the Court finds that it should be GRANTED.  It is therefore ORDERED that that Answers of BMF Properties, LLC; Warrior Golf, LLC; Wholesale Golf Supply & Services, Inc.; Dot Com Asset Management, Ltd.; and Warrior Custom Storage & RV, LP are not sufficient as a matter of law and are therefore struck.

Signed:  January 05, 2022.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE