Case 20-03035 Document 167 Filed in TXSB on 09/14/22 Page 1 of 3

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 19, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>**WESTWIND MANOR RESORT ASSOCIATION, INC.**, *et al.* [1]<br>　Debtors. | §<br>§<br>§<br>§ | Case No. 19-50026 (DRJ)<br>　(Chapter 11)<br>Jointly Administered |
| **FORCE 10 AGENCY SERVICES LLC, TRUSTEE OF THE CREDITOR TRUST**<br><br>　*Plaintiff,*<br><br>VS.<br><br>**BRENDAN M. FLAHERTY**<br>**BMF PROPERTIES, LLC;**<br>**WARRIOR GOLF, LLC;**<br>**WHOLESALE GOLF SUPPLY & SERVICES, INC.;**<br>**DOT COM ASSET MANAGEMENT, LTD.;**<br>**WARRIOR CUSTOM STORAGE & RV, LP,**<br>**RIVERBOUND STORAGE MANAGEMENT, LLC**<br>**CIMARRON FOOD AND BEVERAGE, INC.;**<br>**WOLF CREEK FOOD AND BEVERAGE, LLC;**<br>**WARRIOR TENNESSEE FOOD AND BEVERAGE, LLC;**<br>**DWIGHT BECKSTRAND**<br>**(D/B/A BECKSTRAND LAW OFFICES);**<br>**REED A. COLEY; AND**<br>**COLEYDOCTER, INC.**<br><br>　*Defendants.* | §§§§§§§§§§§§§§§§§§§§§§§§§§ | ADV. P. NO. 21-03035 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Westwind Manor Resort Association, Inc. (7533); Warrior ATV Golf, LLC (3420); Warrior Acquisitions, LLC (9919); Warrior Golf Development, LLC (5741); Warrior Golf Management, LLC (7882); Warrior Golf Assets, LLC (1639); Warrior Golf Venture, LLC (7752); Warrior Premium Properties, LLC (0220); Warrior Golf, LLC (4207); Warrior Custom Golf, Inc. (2941); Warrior Golf Equities, LLC (9803); Warrior Golf Capital, LLC (5713); Warrior Golf Resources, LLC (6619); Warrior Golf Legends, LLC (3099); Warrior Golf Holdings, LLC (2892); and Warrior Capital Management, LLC (8233). The address of the Debtors' corporate headquarters is 15 Mason, Suite A, Irvine, California 92618.

DOCS_NY:46180.2 75805/001

1

# SUPPLEMENTAL ORDER REGARDING:
# ORDER (I) GRANTING DEFAULT JUDGEMENT AGAINST CIMARRON FOOD AND BEVERAGE, INC. AND (II) TRANSFERRING LICENSES
(Related Adv. Pro. Docket Nos. 32 & 66)

Upon the Motion of the Creditor Trustee of the Creditor Trust in the above-captioned chapter 11 cases (the "Chapter 11 Cases"),[2] for entry of an order (this "Order") granting supplemental relief regarding the *Order (I) Granting Default Judgment Against Cimarron Food and Beverage, Inc. and (II) Transferring Licenses* [Adv. Pro. Docket No. 32] (the "Default Judgment"); and the Court finding that it has appropriate jurisdiction over the above-captioned adversary proceeding and that venue is proper in this district; and the Court finding that good and adequate notice of the Motion having been given under the circumstances and it appear that no other or further notice need be provided; and the Court having determined that just cause exists for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.  The Motion is hereby **GRANTED**.

2.  Effective as of the date of entry of this Order, any liquor or similar such licenses held by, or in the name of, Defendant Cimarron Food and Beverage, Inc., including California Liquor License No. 410705 (collectively, the "Liquor Licenses"), shall be the property of, and hereby deemed transferred to, Cimarron Cathedral, Inc., a California corporation.

3.  Jeremy Rosenthal, solely in his capacity as the Creditor Trustee of the Creditor Trust in the Chapter 11 Cases is hereby authorized to act as attorney-in-fact of Defendant Cimarron Food and Beverage, Inc. and granted a limited power of attorney over Defendant Cimarron Food and Beverage, Inc. for the limited purpose of executing any licenses, applications, or other documents to effectuate the terms of this Order, which shall be accepted by the applicable state agency as if executed by any duly authorized director or officer of Defendant Cimarron Food and Beverage, Inc.

---

[2] A capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Motion.

DOCS_NY:46180.2 75805/001

4. This Court shall retain exclusive jurisdiction and power hear and determine all matters arising from or related to the implementation of this Order.

**Signed: September 14, 2022.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**