United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 13, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| **WESTWIND MANOR RESORT** § | Case No. 19-50026 (DRJ) | |
| **ASSOCIATION, INC.,** *et al.*,[1] § | | |
| § | **(Chapter 11)** | |
| § | | |
| § | **Jointly Administered** | |

| | | |
|---|---|---|
| **FORCE 10 AGENCY SERVICES LLC,** § | | |
| **TRUSTEE OF THE CREDITOR TRUST** § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| VS. § | **ADV. P. NO. 21-03035** | |
| § | | |
| **BRENDAN M. FLAHERTY** § | | |
| **BMF PROPERTIES, LLC;** § | | |
| **WARRIOR GOLF, LLC;** § | | |
| **WHOLESALE GOLF SUPPLY &** § | | |
| **SERVICES, INC.;** § | | |
| **DOT COM ASSET MANAGEMENT, LTD.;** § | | |
| **WARRIOR CUSTOM STORAGE & RV, LP,** § | | |
| **RIVERBOUND STORAGE** § | | |
| **MANAGEMENT, LLC** § | | |
| **CIMARRON FOOD AND BEVERAGE, INC.;** § | | |
| **WOLF CREEK FOOD AND** § | | |
| **BEVERAGE, LLC;** § | | |
| **WARRIOR TENNESSEE FOOD AND** § | | |
| **BEVERAGE, LLC;** § | | |
| **DWIGHT BECKSTRAND** § | | |
| **(D/B/A BECKSTRAND LAW OFFICES);** § | | |
| **REED A. COLEY; AND** § | | |
| **COLEYDOCTER, INC.** § | | |
| § | | |
| *Defendants.* § | | |

**ORDER GRANTING MOTION TO VACATE SCHEDULING ORDER AND
SETTING STATUS CONFERENCE**

(Related Adv. Pro. Docket No. 36 & 70

Upon the motion of Force 10 Agency Services LLC, in its capacity as Creditor Trustee of the Creditor Trust ("Plaintiff") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), requesting the entry of an order (this "Order") vacating the existing scheduling order (Dkt. No. 36) in the above-captioned adversary proceeding (the "Adversary Proceeding") and requesting the setting of a status conference, **IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**.
2. The Scheduling Order found at Docket No. 36 is hereby vacated. (prevailing Central time)
3. A status conference is hereby set on __3/1/2023__ at __10:00 a.m.__ at the United States Federal Courthouse, Courtroom 400, located at 515 Rusk Street in Houston, TX 77002.

**Signed:  December 13, 2022.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**